IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER GRADY                                                        PETITIONER

v.                         NO. 5:18-cv-00081 JLH/PSH

WENDY KELLEY                                                             RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Christopher Grady ("Grady") began this case on March 30, 2018, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. He joined his petition with an application to proceed in the district court without the prepayment of fees, a submission the Clerk of the Court construed as a motion for leave to proceed <u>in forma pauperis</u>. See Docket Entry 1. The undersigned applied the formula for calculating an initial payment of the filing fee, <u>see</u> 28 U.S.C. 1915(b)(1), and determined that Grady had the means to pay the five dollar filing fee. His motion to proceed <u>in forma pauperis</u> was denied, and he was ordered to pay the filing fee. He was given up to, and including, May 2, 2018, to pay the filing fee. <u>See</u> Docket Entry 4. He was warned that in the event he failed to pay the filing fee by the close of business on May 2, 2018, the undersigned would recommend that this case be dismissed without prejudice.

May 2, 2018, has come and gone, and the Clerk of the Court has no record of Grady having paid the five dollar filing fee. Given Grady's failure to do so, it is recommended that this case be dismissed without prejudice.

DATED this 14th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE