IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER GRADY                                                            PETITIONER

v.                               NO. 5:18-cv-00081 JLH

WENDY KELLEY                                                                  RESPONDENT

ORDER

    The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Document #5. The Court has independently confirmed with the Clerk of Court that the $5.00 filing fee has not been received. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Christopher Grady is dismissed without prejudice. Judgment will be entered for respondent Wendy Kelley.

    IT IS SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE