IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER GRADY                                         PETITIONER

v.                      NO. 5:18-cv-00081 JLH

WENDY KELLEY                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, this action is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE